UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNARD WARFIELD, JR. and
MARY ELLEN WARFIELD,

            Plaintiff,

v.                                      Case No: 2:07-cv-332-T-27DNF

JAMES A. STEWART, et al.,

            Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Defendants James Dudley Hall's and VIP Realty Group, Inc.'s Motion to Dismiss (Dkt. 26) be denied in part and granted in part (Dkt. 49). Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. This Court agrees with the Magistrate Judge's thorough and well-reasoned determination that Plaintiffs have adequately alleged a claim in Count XIV against Defendants VIP Realty and James Hall for breach of the covenant of good faith and fair dealing. *See Read v. Taylor*, 832 So. 2d 219, 223 (Fla. 4th DCA 2002) (determining that breach of contract claim based on Brokerage Relationship Disclosure was "not so completely lacking in merit as to warrant an award of fees").[1] This Court also agrees with the Magistrate Judge that

---

[1] The Court reviews the pertinent allegations pursuant to the standard set forth in *Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955, 1964 (2007).

1

Plaintiff has failed to state a claim in Count XI against Defendant Hall pursuant to the Florida Deceptive and Unfair Trade Practices Act, which does not apply to covered acts by licensed real estate brokers, such as Hall. *See* Fla. Stat. §§ 501.212(6); 475.42(1)(o).

Accordingly, it is **ORDERED AND ADJUDGED**:

1) The Report and Recommendation (Dkt. 49) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Defendants James Dudley Hall's and VIP Realty Group, Inc.'s Motion to Dismiss (Dkt. 26) is **GRANTED IN PART** and **DENIED IN PART**. Count XI against Defendant James Hall only is **DISMISSED**. Defendants' Motion is **DENIED** as to Count XIV.

**DONE AND ORDERED** in Tampa, Florida, on this 4th day of October, 2007.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

2