UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNARD WARFIELD, JR. and
MARY ELLEN WARFIELD,

Plaintiff,

v.                                                              Case No:  2:07-cv-332-T-27DNF

JAMES A. STEWART, et al.,

Defendants.

_____/

ORDER

BEFORE THE COURT is the Report and Recommendation submitted by the Magistrate

Judge recommending that Defendants James A. Stewart's and Terrill L. Stewart's Motion to Dismiss

(Dkt. 32) be denied (Dkt. 51).   Neither party filed written objections to the Report and

Recommendation, and the time for doing so has expired.

After careful consideration of Report and Recommendation in conjunction with an

independent examination of the file, the Court is of the opinion that the Report and Recommendation

should be adopted, confirmed, and approved in all respects.[1]

Accordingly, it is **ORDERED AND ADJUDGED**:

1)      The Report and Recommendation (Dkt. 51) is adopted, confirmed, and approved in

all respects and is made a part of this order for all purposes, including appellate review.

---

[1] This Court reviews the pertinent allegations pursuant to the standard set forth in *Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955, 1964 (2007).  Applying this standard, the Court agrees with the Magistrate Judge's conclusions.

1

2)      Defendants James A. Stewart's and Terrill L. Stewart's Motion to Dismiss (Dkt. 32)

is **DENIED.**

**DONE AND ORDERED** in Tampa, Florida, on this *12* day of November, 2007.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record