# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**KENNARD WARFIELD, JR. and MARY ELLEN WARFIELD,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　Case No.  2:07-cv-332-FtM-27DNF

**JAMES A. STEWART, TERRILL L. STEWART, JAMES DUDLEY HALL a/k/a JIM HALL, VIP REALTY GROUP, INC., JOHN DOE (1 THROUGH 10),**

        **Defendants.**

## ORDER

This cause came on for consideration on the following motion(s) filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO DETERMINE THE SUFFICIENCY OF PLAINTIFF, KENNARD WARFIELD, JR'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSIONS (Doc. No. 69)** |
| **FILED:** | December 7, 2007 |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

| | |
|---|---|
| **MOTION:** | **MOTION TO COMPEL PLAINTIFF, KENNARD WARFIELD, JR. TO ANSWER DEFENDANTS, JAMES A STEWART AND TERRILL L. STEWART'S INTERROGATORIES (Doc. No. 70)** |
| **FILED:** | December 7, 2007 |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

The Defendants, James A. Stewart and Terrill L. Steward are requesting that the Court compel discovery in these two motions. Pursuant to Local Rule 3.01(a), a motion shall include a concise statement of the relief requested, a basis for the request, and a memorandum of legal authority "all of which the movant shall include in a single document not more than twenty-five (25) pages." Local Rules for the Middle District of Florida. The Defendants' two motions exceed the twenty-five page limit. Therefore, the Court will deny the request without prejudice for the Defendants to file motions within the correct page limitations.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this __10th__ day of December, 2007.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record