UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNARD WARFIELD, JR. and
MARY ELLEN WARFIELD,

          Plaintiff,

v.                                                       Case No: 2:07-cv-332-T-27DNF

JAMES A. STEWART, et al.,

          Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Defendant Pamela J. Whitney's Motion to Dismiss First Amended Complaint (Dkt. 109) be granted in part and denied in part (Dkt. 127). Defendant objects to the dismissal of Count III insofar as that dismissal is with prejudice. However, this Court construes the Magistrate Judge's recommended dismissal of Count III to be without prejudice.

After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is **ORDERED AND ADJUDGED**:

1)     The Report and Recommendation (Dkt. 127) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2)     Defendant Pamela J. Whitney's Motion to Dismiss First Amended Complaint (Dkt.

109) is **DENIED** as to Count XVII and **GRANTED** as to Count III, which is dismissed without prejudice.

**DONE AND ORDERED** in Tampa, Florida, on this 6th day of May, 2008.

_____
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record