UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KENNARD WARFIELD, JR., *et al.*,

    Plaintiffs,

v.                         Case No. 2:07-cv-332-FtM-33SPC

JAMES A. STEWART, *et al.*,

    Defendants.
_____/

**ORDER**

Before the Court are Defendants' Motions for Summary Judgment, both filed on May 26, 2009 (collectively, the "Summary Judgment Motions," Doc. ## 238 and 239).

On April 29, 2009, the Court granted Defendants' Motions for Extensions of Time (Doc. ## 218 and 220) to file the Summary Judgments Motions (the "Extension Orders," Doc. ## 222 and 223). In the Extension Orders, the Court clearly and unequivocally set May 25, 2009, as the deadline for the filing of dispositive motions. (Doc. ## 222 and 223).

During a May 8, 2009, telephonic status conference the Court specifically impressed upon the parties the importance of meeting case deadlines. (Doc. # 240). The Motions for Summary Judgment, filed on May 26, 2009, are untimely.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED**:

Defendants, Terrill L. Stewart, Individually, and as Executrix of the Estate of James A. Stewart's Motion for Final Summary Judgment (Doc. # 238) and Defendants James Dudley Hall and VIP Realty Group, Inc.'s Motion for Summary Judgment (Doc. # 239) are **DENIED** as untimely.

**DONE** and **ORDERED** in Ft. Myers, Florida, this <u>1st</u> day of June, 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record