UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KENNARD WARFIELD, JR., *et al.*,

    Plaintiffs,

v.                         Case No. 2:07-cv-332-FTM-33SPC

JAMES A. STEWART, *et al.*,

    Defendants.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. # 221), entered on April 28, 2009, recommending that Defendant, James Dudley Hall and VIP Realty's Motion to Strike the Plaintiff's Expert, Mark Trude, and his Expert Report (Doc. # 207) and Defendants Terrill L. Stewart, Individually, and as Executrix of the Estate of James A. Stewart's Motion to Strike Plaintiff's Expert, Mark Trude, and his Expert Report (Doc. # 208) be denied.

As of this date, there are no objections to the report and recommendation, and the time for the parties to file such objections has elapsed.[1]

---

[1] On May 5, 2009, Defendants James Dudley Hall and VIP Realty filed a voluminous objection to the Report and Recommendation; however, on May 14, 2009, after Plaintiffs responded to the objection, Hall and VIP withdrew the objection. (Doc. ## 228, 231, 232).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge regarding the motions.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. # 221) is **ACCEPTED** and **ADOPTED.**

2. Defendant, James Dudley Hall and VIP Realty's Motion to Strike the Plaintiff's Expert, Mark Trude, and his Expert Report (Doc. # 207) is **DENIED**.

3. Defendants Terrill L. Stewart, Individually, and as Executrix of the Estate of James A. Stewart's Motion to Strike Plaintiff's Expert, Mark Trude, and his Expert Report (Doc. # 208) **is DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida, this <u>1st</u> day of June, 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record