UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KENNARD WARFIELD, JR., *et al.*,

    Plaintiffs,

v.     Case No. 2:07-cv-332-FtM-33SPC

JAMES A. STEWART, *et al.*,

    Defendants.
_____/

**ORDER**

This cause is before the Court *sua sponte*. So that the Court can determine whether a jury view of the property at 1558 San Carlos Bay Drive, Sanibel, Florida 33957 (hereafter, the "Property") is appropriate, the Court plans to visit the Property at 3:00 p.m. on Tuesday, August 4, 2009.[1] The Court requests the presence of the attorneys at the Property at that time. After the Court views the Property with the attorneys, the Court will hold a brief status conference in this case at the United States Courthouse & Federal Building located at 2110 First Street, Fort Myers, Florida 33901, in Courtroom 6B.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED**:

---

[1] Defendants James D. Hall and VIP Realty Group, Inc. requested a jury view of the Property on July 2, 2009. (Doc. # 265).

(1) The attorneys are directed to meet the Court at the Property on Tuesday, August 4, 2009, at 3:00 p.m.

(2) A status conference in Courtroom 6B will take place after the viewing of the Property.

**DONE** and **ORDERED** in Fort Myers, Florida, this <u>3rd</u> day of August 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record