UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KENNARD WARFIELD, JR. and MARY
ELLEN WARFIELD,

        Plaintiffs,
v.                        Case No.: 2:07-cv-332-FtM-33SPC

JAMES DUDLEY HALL, ET AL.,

        Defendants.
_____/

## **ORDER**

This matter is before the Court pursuant to Plaintiffs' Motion for Stay of Judgment and of Approval of Supersedeas Bond (Doc. # 397), which was filed on March 23, 2010. On March 25, 2010, Defendants filed their Response. (Doc. # 399).

### **Analysis**

A jury tried this case from August 5 to August 12, 2009. The jury returned a verdict in favor of Defendants and against Plaintiffs, and the Court entered its judgment in Defendants' favor on September 1, 2009. (Doc. # 360). On February 26, 2010, the Court entered an Order granting Defendants James Hall and VIP Realty Group, Inc. $186,278.50 in attorneys' fees and $1,937.99 in costs. (Doc. # 391). Thereafter, on March 8, 2010, Defendants filed a Supplemental Motion for Award of Attorneys' Fees for their successful defense of post-trial

motions (the "Supplemental Motion" Doc. # 393). Specially, Defendants have requested $8,734 in fees and $1,017.60 in costs. The Court has not yet decided the Supplemental Motion.

By their present motion, Plaintiffs seek an order staying the judgment and award of attorneys' fees in this case pending appeal pursuant to Rule 62(b) of the Federal Rules of Civil Procedure and Rule 8 of the Federal Rules of Appellate Procedure. Plaintiffs agree to post a supersedeas bond in the amount of $197,968.00.

Defendants do not oppose the stay of the judgment and award of attorneys' fees; however, Defendants suggest that the appropriate amount of the bond should be $237,561.70, which represents the principal amount plus 20%. Defendants contend that this greater amount is necessary "to cover not only the principal amount of the judgments, but also the appeal costs, interests and damages for the delay." (Doc. # 399 at 2-3).

The Court determines that it is appropriate to grant Plaintiffs' motion to stay the judgments, and the Court will require Plaintiffs to post a supersedeas bond in the amount of $237,561.70, as suggested by Defendants. Further, during the pendency of Plaintiffs' appeal, this Court terminates Defendants' Supplemental Motion. (Doc. # 393). Defendants may

reinstate the Supplemental Motion, if appropriate, after the appeal has been decided.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiffs' Motion for Stay of Judgment and of Approval of Supersedeas Bond (Doc. # 397) is **GRANTED**.

(2) The Judgments against Plaintiffs (Doc. ## 360, 391) are **STAYED** pending further order. Defendants' Supplemental Motion for Attorneys' Fees (Doc. # 393) is **TERMINATED** during the pendency of Plaintiffs' appeal.

(3) Plaintiffs are required to post a supersedeas bond in the amount of $237,561.70.

**DONE** and **ORDERED** in Fort Myers, Florida, this 23rd day of April 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record